# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., | Case No. 1:17-cv-00403-LJO-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR STATE DEFENDANTS TO RESPOND TO THE COMPLAINT |
| v. | |
| KAREN SMITH, et al., | (ECF No. 8) |
| Defendants. | |

On April 5, 2017, Plaintiff and Defendants Karen Smith, Richard Pilorin, Alison Dabney, and Ginger Hilton ("State Defendants") filed a stipulation to extend the time for the State Defendants to respond to the complaint.

Accordingly, IT IS HEREBY ORDERED that the State Defendants shall file a response to the complaint on or before May 11, 2017.

IT IS SO ORDERED.

Dated:   **April 5, 2017**

UNITED STATES MAGISTRATE JUDGE