# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN SMITH, et al., <br><br> Defendants. | Case No. 1:17-cv-00403-LJO-SAB <br><br> ORDER DIRECTING CLERK OF THE COURT TO TERMINATE MORGAN HECTOR AS ATTORNEY FOR PLAINTIFF <br><br> (ECF No. 14) |

On May 15, 2017, Plaintiff filed a notice of withdrawal of Morgan Hector as attorney of record as he is no longer employed by the firm representing Plaintiff in this action. Accordingly, the Clerk's Office is HEREBY DIRECTED to terminate Morgan Hector as attorney for Plaintiff in this action.

IT IS SO ORDERED.

Dated: **May 16, 2017**

UNITED STATES MAGISTRATE JUDGE

1