**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** | 1:17-cv-403-LJO-SAB |
| **Plaintiff,** | **ORDER FOR JOINT STATUS REPORT** |
| **v.** | |
| **KAREN SMITH, et al.,** | |
| **Defendants.** | |

On June 13, 2017, the Court granted Plaintiff's motion for a preliminary injunction, denied Defendants' motion to dismiss, and directed the parties to submit a joint status report by June 23, 2017, informing the Court how they wish to proceed. Doc. 23 at 19. The parties timely complied, and request until July 12, 2017, to submit "a more comprehensive report." Doc. 24 at 2.

The parties' request is GRANTED. The parties shall file a joint status report on or before July 12, 2017, informing the Court how they wish to proceed.

IT IS SO ORDERED.

Dated: __**June 22, 2017**__  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE