IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SHARPSMART, INC., | 1:17-cv-00403-LJO-SAB |
| Plaintiff, | ORDER DENYING PARTIES' STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM WITHOUT PREJUDICE |
| v. | |
| KAREN SMITH, ET AL., | (ECF No. 27) |
| Defendants. | |

On July 12, 2017, the parties filed a joint status report and stipulation for referral of this matter to the Court's Voluntary Dispute Resolution Program. Pursuant to the Local Rule,

> The Stipulation and Order for VDRP Referral must:
> (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
> (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and
> (C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the VDRP session is concluded.

L.R. 271(i). Neither the joint status report nor the stipulation address all the areas required by the Local Rule. See e.g. Kamalu v. Walmart Stores, Inc., No. 1:13-cv-00627-SAB (E.D. Cal. April 7,

1

2014) (stipulation and proposed order for referral to VDRP). The parties are required to file a stipulation that complies with Rule 271(i).

Accordingly, IT IS HEREBY ORDERED that the stipulation for referral to Voluntary Dispute Resolution Program is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**July 12, 2017**__

UNITED STATES MAGISTRATE JUDGE