1

2

3

4

5

6

7

8

9

10

11

12

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| DANIEL SHARPSMART, INC., | 1:17-cv-00403-LJO-SAB |
| Plaintiff, | ORDER RE AMENDED STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 AND CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 9, 2017 |
| v. | |
| KAREN SMITH, ET AL., | |
| Defendants. | |

14

15

16

17

18

19

20

Pursuant to Local Rule 271(i)(2), the parties hereby agree:

1) to submit the above-entitled action to the Voluntary Dispute Resolution Program;

2) the VDRP process should be completed within 60 days (i.e., by September 13, 2017), with the Neutral filing confirmation of the completion by September 22, 2017;

3) the VDPR referral will not result in modifications or additions to the case management plan because no such plan has yet been entered; and

4) that apart from Defendants' filing their answer to the Complaint, pretrial activity in the matter shall be stayed until completion of the VDPR session is concluded.

21

22

23

24

25

26

27

28

1

1

2    DATED: July 13, 2017                    STEPTOE & JOHNSON

3

4
                                            By:  ___/s/ Jason Levin_____
5                                                    Jason Levin
                                            Attorneys for Plaintiff
6                                            DANIELS SHARPSMART, INC.

7

8

9    DATED: July 13, 2017

10

11                                           By:  ___/s/ Ismael A. Castro (as authorized on July 13, 2017)

12                                           XAVIER BECERRA
                                            Attorney General of California
13                                           ISMAEL A. CASTRO
                                            Supervising Deputy Attorney General
14

15                                           RENU R. GEORGE
                                            Deputy Attorney General
16

17                                           Attorneys for California Department of Public Health

18         / / /

19         / / /

20         / / /

21         / / /

22         / / /

23         / / /

24         / / /

25         / / /

26         / / /

27         / / /

28
                                            2

ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.    This action is referred to the Voluntary Dispute Resolution Program.

2.    The parties must complete mediation under the Voluntary Dispute Resolution
Program on or before September 13, 2017, with the Neutral filing confirmation of
the completion by September 22, 2017.

3.    The scheduling conference set for August 21, 2017 in continued to November 9,
2017, at 3:00 p.m. in Courtroom 9 to allow the parties to complete VDRP; and

4.    The parties' joint scheduling report shall be due one week prior to the new
scheduling conference date.

IT IS SO ORDERED.

Dated:  __July 13, 2017__

UNITED STATES MAGISTRATE JUDGE

3