# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN SMITH, et al., <br><br> Defendants. | Case No. 1:17-cv-00403-LJO-SAB <br><br> ORDER RE PARTIES' JOINT MOTION AND STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL <br><br> (ECF No. 41) |

Pursuant to the stipulation of the parties, IT IS HEREBY SO ORDERED THAT this matter shall be stayed until resolution of the pending appeal. It is FURTHER ORDERED that the parties shall submit a joint report on the status of the stay within fourteen (14) days of the Ninth Circuit decision.

IT IS SO ORDERED.

Dated: **September 26, 2017**

UNITED STATES MAGISTRATE JUDGE