# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., | Case No. 1:17-cv-00403-LJO-SAB |
| Plaintiff, | ORDER VACATING NOVEMBER 9, 2017 SCHEDULING CONFERENCE |
| v. | |
| KAREN SMITH, et al., | |
| Defendants. | |

A scheduling conference is set in this action for November 9, 2017. (ECF No. 33.) However, on September 27, 2017, this action was stayed pending resolution of Defendants' appeal to the Ninth Circuit Court of Appeals. Accordingly, the scheduling conference set for November 9, 2017, in Courtroom 9 is HEREBY VACATED and the parties are not required to appear on that date.

IT IS SO ORDERED.

Dated: **October 17, 2017**

UNITED STATES MAGISTRATE JUDGE

1