# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN SMITH, et al., <br><br> Defendants. | Case No. 1:17-cv-00403-LJO-SAB <br><br> ORDER CONTINUING STAY IN THIS ACTION UNTIL JULY 16, 2018, WHILE THE PARTIES CONTINUE SETTLEMENT DISCUSSIONS AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT ON OR BEFORE JULY 2, 2018 <br><br> (ECF No. 46) |

On September 27, 2017, this action was stayed pending resolution of Defendants' appeal at the Ninth Circuit Court of Appeals. (ECF No. 42.) On May 2, 2018, the Ninth Circuit Court of Appeals issued a decision affirming in part, reversing in part, and remanding. (ECF No. 44.) On May 24, 2018, the mandate issued. (ECF No. 45.) On May 31, 2018, the parties filed a stipulation to stay the action while the parties continue settlement discussions. (ECF No. 46.)

Accordingly, pursuant to the stipulation of the parties, the stay in this action is continued until July 16, 2018, while the parties continue settlement discussions. The parties shall file a joint status report on or before July 2, 2018. Unless detailed good cause is shown, the stay will be lifted on July 16, 2018.

IT IS SO ORDERED.

Dated: **May 31, 2018**

UNITED STATES MAGISTRATE JUDGE

1