1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ISMAEL A. CASTRO, State Bar No. 85452
   Supervising Deputy Attorney General
3  RENU R. GEORGE, State Bar No. 262310
   KARLI EISENBERG, State Bar No. 281923
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7913
    Fax: (916) 324-5567
7   E-mail: Karli.Eisenberg@doj.ca.gov
   *Attorneys for Defendants Karen Smith, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** | 1:17-cv-00403-LJO-SAB |
| Plaintiff, | **PARTIES' JOINT STATUS REPORT** |
| v. | Judge: The Honorable Lawrence O'Neill |
| **KAREN SMITH, et al.,** | Trial Date: None Set |
| Defendants. | Action Filed: March 20, 2017 |

**JOINT STATUS REPORT**

Plaintiff Daniels Sharpsmart, Inc. and Defendants Karen Smith, et al. (collectively "Defendants"), by and through their respective counsel, hereby file this Joint Status Report and Stipulation:

WHEREAS, Plaintiff filed a Complaint on March 20, 2017 naming Karen Smith, et al. as Defendants in this action;

WHEREAS, on June 13, 2017, this Court denied Defendants' motion to dismiss and granted Plaintiff's motion for a preliminary injunction;

WHEREAS, on July 12, 2017, Defendants appealed this Court's June 13, 2017 order;

WHEREAS, on May 2, 2018, the Ninth Circuit issued an opinion affirming in part and reversing in part this Court's June 13, 2017 order;

WHEREAS, on May 24, 2018, the Ninth Circuit issued its mandate;

WHEREAS, the parties have been in settlement discussions since the issuance of the mandate and agree that staying the district court matter an additional fourteen days, until July 30, 2018, while these settlement discussions continue will preserve both judicial resources and each of the parties' resources.

WHEREAS, the parties further agree that they will submit a joint report on the status of the settlement discussions thirty days from the date of the Court's order granting the parties' request for a stay.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that this case be stayed until July 30, 2018 while the parties continue settlement discussions. The parties further stipulate to file a joint status report thirty days from the date of the Court's order granting the parties' request for a stay.

| | | |
|---|---|---|
| Dated: July 2, 2018 | | Respectfully submitted, |
| | | XAVIER BECERRA<br>Attorney General of California<br>ISMAEL A. CASTRO<br>Supervising Deputy Attorney General |
| | | */s/ Renu R. George*<br>*/s/ Karli Eisenberg*<br>RENU R. GEORGE<br>KARLI EISENBERG<br>Deputy Attorneys General<br>*Attorneys for Defendants Karen Smith, et al.* |
| Dated: July 2, 2018 | | Respectfully submitted, |
| | | STEPTOE & JOHNSON |
| | | */s/ Jason Levin* **(as authorized on 07/02/2018)**<br>JASON LEVIN<br>*Attorneys for Plaintiff Daniels Sharpsmart, Inc.* |

SA2017106433
13142866.doc

3

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY SO ORDERED THAT the stay in this matter is CONTINUED to July 30, 2018. It is further ordered that the parties shall submit a joint status report thirty days from the date of entry of this order.

IT IS SO ORDERED.

Dated: __**July 3, 2018**__

UNITED STATES MAGISTRATE JUDGE