# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN SMITH, et al., <br><br> Defendants. | Case No. 1:17-cv-00403-LJO-SAB <br><br> ORDER CONTINUING STAY IN THIS ACTION AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT ON OR BEFORE SEPTEMBER 2, 2018 <br><br> (ECF No. 50) |

On September 27, 2017, this action was stayed pending resolution of Defendants' appeal at the Ninth Circuit Court of Appeals. (ECF No. 42.) On May 2, 2018, the Ninth Circuit Court of Appeals issued a decision affirming in part, reversing in part, and remanding. (ECF No. 44.) On May 24, 2018, the mandate issued. (ECF No. 45.) On May 31, 2018, the parties filed a stipulation to stay the action while the parties continue settlement discussions. (ECF No. 46.) The parties filed a joint status report on August 2, 2018, requesting that the stay be continued for an additional thirty days. (ECF No. 50.)

Accordingly, the stay in this action is continued while the parties continue settlement discussions. The parties shall file a joint status report on or before September 2, 2018.

IT IS SO ORDERED.

Dated: __August 3, 2018__

UNITED STATES MAGISTRATE JUDGE

1