# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>KAREN SMITH, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00403-LJO-SAB<br><br>ORDER CONTINUING STAY IN THIS ACTION AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT ON OR BEFORE OCTOBER 5, 2018<br><br>(ECF No. 50) |

On August 31, 2018, the parties filed a joint status report requesting this action be stayed for an additional thirty days for settlement discussions. The Court finds good cause to continue the stay of this action. Accordingly, the stay in this action is continued and the parties shall file a joint status report on or before October 5, 2018.

IT IS SO ORDERED.

Dated: __September 4, 2018__

                                                    UNITED STATES MAGISTRATE JUDGE