# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., | Case No. 1:17-cv-00403-LJO-SAB |
| Plaintiff, | ORDER CONTINUING STAY IN THIS ACTION AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT |
| v. | |
| KAREN SMITH, et al., | (ECF No. 54) |
| Defendants. | THIRTY-DAY DEADLINE |

On October 2, 2018, the parties filed a joint status report requesting this action be stayed for an additional thirty days for settlement discussions. The Court finds good cause to continue the stay of this action. Accordingly, the stay in this action is continued and the parties shall file a joint status report within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**October 3, 2018**__

UNITED STATES MAGISTRATE JUDGE

1