# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELS SHARPSMART, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAREN SMITH, et al., <br><br> Defendants. | Case No. 1:17-cv-00403-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS <br><br> (ECF No. 56) |

Following remand from the Ninth Circuit Court of Appeals, this action has been stayed while the parties discuss settlement of the action. On November 2, 2018, the parties filed a joint status report informing the Court that the matter has settled.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is CONTINUED; and
2. The parties shall file dispositional documents within thirty days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **November 5, 2018**

UNITED STATES MAGISTRATE JUDGE

1