IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **KAREN SMITH, et al.,** <br><br> Defendants. | 1:17-cv-00403-LJO-SAB <br><br> **ORDER OF DISMISSAL** <br><br> Judge: The Honorable Lawrence O'Neill <br> Trial Date: None Set <br> Action Filed: March 20, 2017 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action against Defendants Ronald Pilorin, Alison Dabney, and Ginger Hilton, with each party bearing that party's own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: **December 7, 2018**           /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1